# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No.: C 11-05630 YGR<br><br>**[PROPOSED] ORDER GRANTING LIUXIA WONG'S MOTION TO QUASH DEPOSITION SUBPOENA AND FOR PROTECTIVE ORDER**<br><br>Date:         March 20, 2012<br>Time:        2:00 p.m.<br>Judge:      Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1, 4th Floor<br>File Date:   November 21, 2011<br>Trial Date:  None |

The court, having read and considered Liuxia Wong's motion to quash deposition subpoena and for protective order, rules as follows.

IT IS ORDERED THAT:

1.  Liuxia Wong's motion to quash Plaintiff Hard Drive Productions, Inc.'s deposition subpoena IS GRANTED. Plaintiff Hard Drive Productions, Inc. failed to concurrently tender the mandatory Rule 45 fees along with the deposition subpoena which invalidates such service.

///

///

///

2. Liuxia Wong's motion for protective order IS GRANTED. Liuxia Wong's deposition is continued to a date and time that is to be agreed upon by the parties and their counsel, and is to occur after the case management conference has completed in action number C 12-00469 HRL. Liuxia Wong's deposition in this action shall coincide with and occur concurrently with her deposition in action number C 12-00469 HRL.

DATED: _____

Honorable Yvonne Gonzalez Rogers
United States District Court Judge

SWY.20362302.doc

**CERTIFICATE OF SERVICE**

I, Shannon R. Young, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On February 13, 2012, I served the following document(s) on the parties in the within action:

**[PROPOSED] ORDER GRANTING LIUXIA WONG'S MOTION TO QUASH DEPOSITION SUBPOENA AND FOR PROTECTIVE ORDER**

|    |    |
|----|----|
|    | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
|    | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|    | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|    | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |
| **XX** | **BY ECF**: I attached and submitted the above-described document(s) to the ECF system for filing. |

Brett L. Gibbs                                          Attorney For Plaintiff
Prenda Law Inc.                                       HARD DRIVE PRODUCTIONS, INC.
38 Miller Avenue, #263                             Case Number 4:11-cv-05630-RS
Mill Valley, CA 94941

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 13, 2012.

/s/ Shannon R. Young<br>By _____<br>Shannon R. Young

[PROPOSED] ORDER GRANTING LIUXIA WONG'S MOTION TO QUASH DEPOSITION SUBPOENA AND FOR PROTECTIVE ORDER
C 11-05630 YGR – PAGE 3