1

2

3

4

5                               **UNITED STATES DISTRICT COURT**

6                              **NORTHERN DISTRICT OF CALIFORNIA**

7

8   **HARD DRIVE PRODUCTIONS, INC.,**              Case No. 11-cv-5630-YGR

9                      Plaintiff,                  And related Case No.: 12-CV-469-YGR

10  v.                                             **ORDER REFERRING TO MAGISTRATE FOR
                                                   MANDATORY SETTLEMENT CONFERENCE AND
11  **JOHN DOE,**                                  STAYING DISCOVERY PENDING SETTLEMENT
                                                   CONFERENCE AND ORDER TO SHOW CAUSE**
12                     Defendant.

13  --------------------------------------------

14  **LIUXIA WONG,**

15                    Plaintiff,

16          vs.

17

18  **HARD DRIVE PRODUCTIONS, INC., ET AL.,**

19                     Defendants.

20

21

22          On Monday, April 16, 2012, the Court held a joint case management conference in the above-

23  entitled related actions.  Based upon the parties' representations therein and in their case management

24  conference statements, the Court finds that a settlement conference at the earliest juncture, and a stay

25  of discovery pending completion of that settlement conference, is in the interests of all parties. The

26  Court therefore ORDERS as follows:

27          1. The parties are referred to Magistrate Joseph Spero for a settlement conference to be

28  completed no later than **May 18, 2012**.  Trial counsel, the parties, claims representatives and all other

United States District Court
Northern District of California

1  persons with full authority to settle the case must personally attend unless the Court has, before the

2  Conference, authorized telephonic participation upon written application with notice to all other

3  parties and good cause shown.  A party's failure to secure the personal attendance of the persons with

4  authority to settle the matter will be grounds, in the Court's discretion, for the issuance of an Order to

5  Show Cause why sanctions should not issue.

6      2.  Discovery in this matter is stayed until May 18, 2012.  The deposition of Liuxia Wong

7  ("Wong") currently set for April 18, 2012, is taken off calendar.

8      3.  The Wong deposition shall commence after May 18, 2012, but no later than **June 1, 2012**.

9      4.  Counsel for Hard Drive Productions, Inc., shall name and serve John Doe in the 11-cv-

10 5630 action thereafter.  Hearing on an order to show cause re: dismissal for failure to prosecute shall

11 be set for **June 22, 2012, at 9:01 a.m**.  Counsel for Hard Drive Productions, Inc., shall file a written

12 response to the order to show cause no later than **June 15, 2012**.

13      **IT IS SO ORDERED.**

15 April 17, 2012

16 _____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

19 cc: Magistrate Judge Spero; MagRef Email

United States District Court
Northern District of California