**United States District Court**
For the Northern District of California

1

2

3

4

5            UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8   HARD DRIVE PRODUCTIONS, INC.,              No. C 11-05630 YGR (JCS)
                                                Related Case No. C12-0469 YGR (JCS)
9                 Plaintiff(s),

10         v.                                   **NOTICE OF SETTLEMENT
                                                CONFERENCE AND SETTLEMENT
11  JOHN DOE,                                   CONFERENCE ORDER**

12                Defendant(s).
    _____/
13

14  LIUXIA WONG,

15                Plaintiff(s),

16         v.

17  HARD DRIVE PRODUCTIONS, INC.,

18                Defendant(s).

19  _____/

20  TO ALL PARTIES AND COUNSEL OF RECORD:

21         The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

22         You are hereby notified that a Settlement Conference is scheduled for **May 7, 2012**, **at 11:00**

23  **a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,

24  California 94102.

25         It is the responsibility of counsel to ensure that whatever discovery is needed for all sides to

26  evaluate the case for settlement purposes is completed by the date of the Settlement Conference.

27  Counsel shall cooperate in providing discovery informally and expeditiously.

28

**United States District Court**
For the Northern District of California

1    Lead trial counsel shall appear at the Settlement Conference with the parties.  Any party who

2    is not a natural person shall be represented by the person(s) with **unlimited** authority to negotiate a

3    settlement.  A person who needs to call another person not present before agreeing to any settlement

4    does not have full authority.  If a party is a governmental entity, its governing body shall designate

5    one of its members or a senior executive to appear at the Settlement Conference with authority to

6    participate in the Settlement Conference and, if a tentative settlement agreement is reached, to

7    recommend the agreement to the governmental entity for its approval.  An insured party shall appear

8    with a representative of the carrier with full authority to negotiate up to the limits of coverage.

9    Personal attendance of a party representative will rarely be excused by the Court, and then only upon

10   separate written application demonstrating substantial hardship served on opposing counsel and

11   lodged as early as the basis for the hardship is known but no later than the Settlement Conference

12   Statement.

13   **Each party shall prepare a Settlement Conference Statement, which must be LODGED**

14   **with the undersigned's Chambers (NOT electronically filed) no later than April 30, 2012.**

15   Please 3-hole punch the document at the left side.

16   **Each party shall also submit their Settlement Conference Statement in .pdf format and**

17   **email their statement to JCSPO@cand.uscourts.gov.**

18   The Settlement Conference Statement need not be served on opposing counsel.  The parties

19   are encouraged, however, to exchange Settlement Conference Statements.  If Settlement Conference

20   Statements are exchanged, any party may submit an additional confidential settlement letter to the

21   Court not to exceed three (3) pages.  The contents of this confidential settlement letter will not be

22   disclosed to the other parties.

23   The Settlement Conference Statement shall not exceed ten (10) pages of text and twenty (20)

24   pages of exhibits and shall include the following:

25        1.    A brief statement of the facts of the case.

26        2.    A brief statement of the claims and defenses including, but not limited to, statutory or

27   other grounds upon which the claims are founded, and a **candid** evaluation of the parties' likelihood

28

2

**United States District Court**
For the Northern District of California

1  of prevailing on the claims and defenses.  The more candid the parties are, the more productive the

2  conference will be.

3      3.      A list of the key facts in dispute and a brief statement of the **specific** evidence

4  relevant to a determination of those facts.

5      4.      A summary of the proceedings to date and any pending motions.

6      5.      An estimate of the cost and time to be expended for further discovery, pretrial and

7  trial.

8      6.      The relief sought, including an itemization of damages.

9      7.      The party's position on settlement, including present demands and offers and a history

10  of past settlement discussions.  The Court's time can best be used to assist the parties in completing

11  their negotiations, not in starting them.  Accordingly, Plaintiff(s) must serve a demand in writing no

12  later than fourteen (14) days before the conference and Defendant(s) must respond in writing no

13  later than eight (8) days before the conference.  The parties are urged to carefully evaluate their case

14  before taking a settlement position since extreme positions hinder the settlement process.

15      Settlement Conference Statements **may** be submitted on CD-ROM with hypertext links to

16  exhibits.  Otherwise, the portion of exhibits on which the party relies shall be highlighted.

17      It is not unusual for the conference to last three (3) or more hours.  Parties are encouraged to

18  participate and frankly discuss their case.  Statements they make during the conference will not be

19  admissible at trial in the event the case does not settle.  The parties should be prepared to discuss

20  such issues as:

21      1.      Their settlement objectives.

22      2.      Any impediments to settlement they perceive.

23      3.      Whether they have enough information to discuss settlement.  If not, what additional

24  information is needed?

25      4.      The possibility of a creative resolution of the dispute.

3

1   The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to

2   the date set for Settlement Conference.  Counsel shall provide a copy of this order to each party who

3   will participate in the conference.

4          IT IS SO ORDERED.

5

6   Dated:  April 19, 2012

7

8                                                            _____
                                                             JOSEPH C. SPERO
9                                                            United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California